[No. 37189-8-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. MAY, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 06-1-00045-3, Michael J. Sullivan, J., entered December 10, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.

[No. 37312-2-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIA SHONEL HESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02012-0, Frederick W. Fleming, J., entered January 4, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37433-1-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. R.M.H., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-8-00278-2, Tracy Loiacono Mitchell, J. Pro Tem., entered February 12, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37461-7-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE LEE COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05104-1, James R. Orlando, J., entered February 22, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.